IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02580-PAB-MJW

HARRY JETER,

Plaintiff(s),

v.

DENVER ISUZU SUZUKI LLC,
JEFFREY BACA,
CLYDE CREEL, and
JUSTIN HELMICK,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Stipulated Motion for Protective Order (docket no. 22) is GRANTED finding good cause shown.  The written Protective Order (docket no. 22-1) is APPROVED and made an Order of Court.

Date:   March 22, 2011