# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10 CV-02580 PAB-MJW

HARRY JETER
      Plaintiff,

v.

DENVER ISUZU SUZUKI LLC,
JEFFREY BACA, individually,
CLYDE CREEL, individually,
JUSTIN HELMICK, individually,

      Defendants.

---

## ORDER RE: JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER ( Docket no 27 )

---

The Court, having reviewed the Joint Motion for Modification of Scheduling Order, hereby GRANTS the Motion.

It is hereby ORDERED: The parties shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) (B) on or before July 25, 2011. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) (B) on or before August 25 2011.

IT IS FURTHER ORDERED: the Discovery Cutoff is extended to October 25 2011, and the Dispositive Motions deadline is extended to November 30, 2011. (✳)

DATED at Denver, Colorado, this 31ˢᵗ day of MArch 2011.

(✳) The Final Pretrial Conference set For November 28, 2011 At 8:30 Am IS VACATED And Reset To January 30, 2012 At 8:30 A.m. Proposed Final Pretrial order shall be Filed with

{8423.0202 Doc #:00088694;I}

Court by January 24, 2012.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO