IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02580-PAB-MJW

HARRY JETER,

Plaintiff(s),

v.

DENVER ISUZU SUZUKI LLC,
JEFFREY BACA,
CLYDE CREEL, and
JUSTIN HELMICK,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Postpone the Settlement Conference Scheduled for May 24, 2011 Until After Upcoming Depositions Can Be Completed (docket no. 30) is GRANTED finding good cause shown.  The Settlement Conference set before Magistrate Judge Watanabe on May 24, 2011, at 10:00 a.m. is VACATED.  The parties may reset the Settlement Conference by motion.

Date:   May 20, 2011