IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 CV-02580 PAB-MJW

HARRY JETER
    Plaintiff,

v.

DENVER ISUZU SUZUKI LLC,
JEFFREY BACA, individually,
CLYDE CREEL, individually,
JUSTIN HELMICK, individually,

    Defendants.

## ORDER RE: JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER (Docket No. 37)

The Court, having reviewed the Joint Motion for Modification of Scheduling Order, hereby GRANTS the Motion.

It is hereby ORDERED: The parties shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before September 9, 2011. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before October 7 2011.

IT IS FURTHER ORDERED: the Discovery Cutoff is extended to December 9 2011, and the Dispositive Motions deadline is extended to January 6, ~~2011~~ 2012.

DATED at Denver, Colorado, this 12TH day of July 2011.

{8423.0202 Doc #:00088694;}

1 of 2

BY THE COURT:

_(signature)_

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**