IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02580-RPM-MJW

HARRY JETER,

Plaintiff,

v.

DENVER ISUZU SUZUKI LLC,

JEFFREY BACA, individually,

CLYDE CREEL, individually,

JUSTIN HELMICK, individually,

Defendants.

---

## ORDER RE: UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
[ Docket No. 40 ]

The Court, having reviewed Defendants' Unopposed Motion to Modify Scheduling Order and being fully advised in the matter, GRANTS the Motion.

It is ORDERED that the Scheduling Order is modified as follows:

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2)(B) on or before the earlier of:

1. November 2, 2011 if the Fed. R. Civ. P. 35 examination of Plaintiff takes place on October 19, 2011; or,

2. Twenty (20) days following entry of a Court Order on Defendants' Fed. R. Civ. P. 35 Motion concerning whether the examination of Plaintiff with Dr. Leach must be recorded, if such Motion is necessary prior to completing the examination.

DATED this 6TH day of October, 2011.

BY THE COURT,

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO